UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00195-FDW-DCK

| | | |
|---|---|---|
| DANIEL COSMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| MCOR BUILDERS, LLC and MICHAEL CORCORAN, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

THIS MATTER is before the Court upon the parties' Consent Motion to Remand to State

Court (Doc. No. 3).

On February 15, 2018, this case was filed in Mecklenburg County Superior Court.

Defendants, on April 16, 2018, filed a Notice of Removal (Doc. No. 1) of the action to this Court

on the basis of diversity jurisdiction under 28 U.S.C. § 1332. In the notice of removal, Defendants

also contest service and service of process. (Doc. No. 1, p. 1). Following removal, counsel for

Plaintiff informally provided information to Defendants as to the date and location where service

occurred on February 16, 2018. (Doc. No. 3, p. 3). On May 3, 2018, the parties filed their consent

motion to remand, noting that Plaintiff and Defendant agree that removal should have occurred on

or before March 19, 2018. Id.

IT IS THEREFORE ORDERED that the parties Consent Motion to Remand to State Court

(Doc. No. 3) is GRANTED and pursuant to 28 U.S.C. § 1447, this case is REMANDED to state

court where it was originally filed.

IT IS SO ORDERED.

1

Signed: May 7, 2018

Frank D. Whitney
Chief United States District Judge